**Gerald J. RICE, Plaintiff–Appellant,**

v.

**Sergeant ALSTON; Nurse Lloyd; Thomas Corcoran, Warden, Defendants–Appellees,**

and

**John Doe; Jane Doe; Other Unknown Defendants, Defendants.**

No. 03–6483.

United States Court of Appeals, Fourth Circuit.

Submitted May 19, 2003.

Decided June 2, 2003.

Gerald J. Rice, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Sharon Stanley Street, Assistant Attorney General, Baltimore, Maryland; Donald Jo-

seph Crawford, Aldelman, Sheff & Smith, Rockville, Maryland, for Appellees.

Before MICHAEL, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM:

Gerald J. Rice appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Rice v. Alston,* No. CA–02–1823–8–DKC (D. Md. filed Feb. 20, 2003 & entered Feb. 21, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*